IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLIMAN, INC., MILLIMAN SOLUTIONS, LLC, and VIGILYTICS LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>GRADIENT A.I. CORP., STANFORD A. SMITH, and SAMUEL CHASE PETTUS,<br><br>Defendants. | Civil Action No. 1:21-cv-10865-NMG |

## DEFENDANTS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Defendants Gradient A.I. Corp. ("Gradient"), Stanford A. Smith ("Mr. Smith"), and Samuel Chase Pettus ("Mr. Pettus") (collectively, "Defendants") hereby certify that the appropriate corporate officer or representative has conferred with counsel with respect to the above matter:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


GRADIENT A.I. CORP., STANFORD A.
SMITH, and SAMUEL CHASE PETTUS

By their attorneys,

/s/ Michael H. Bunis
Michael H. Bunis (BBO No. 566839)
Paul D. Popeo (BBO No. 567727)
Sophie F. Wang (BBO No. 679642)
John C. Calhoun (BBO No. 694479)
CHOATE, HALL & STEWART LLP

- 2 -

Two International Place
Boston, MA  02110
Tel.: (617) 248-5000
Fax: (617) 248-4000
*ppopeo@choate.com*
*mbunis@choate.com*
*swang@choate.com*
*jcalhoun@choate.com*

                                                                                                                                                                                   An Authorized Representative

                                                                                                                                                                                   GRADIENT A.I. CORP.

*/s/ Jeffrey M. Snider*
Jeffrey M. Snider
General Manager

STANFORD A. SMITH

*/s/ Stanford A. Smith*
Stanford A. Smith

SAMUEL CHASE PETTUS

*/s/ Samuel Chase Pettus*
Samuel Chase Pettus

Date:  March 3, 2022

### CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Michael H. Bunis*
Michael H. Bunis