# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLIMAN, INC., MILLIMAN SOLUTIONS, LLC, and VIGILYTICS LLC,<br><br>        Plaintiffs,<br><br>        v.<br><br>GRADIENT A.I. CORP., STANFORD A. SMITH, and SAMUEL CHASE PETTUS,<br><br>        Defendants. | Civil Action No. 1:21-cv-10865-NMG |

## DEFENDANTS' ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Defendants Gradient A.I. Corp., Stanford A. Smith, and Samuel Chase Pettus, by and through undersigned counsel, hereby move for leave to file under seal certain material concerning Defendants' forthcoming opposition to Plaintiffs' Renewed Motion to Compel Discovery Responses (Dkt. No. 71). Defendants' opposition brief will disclose material from Plaintiffs' trade secret disclosure, which is among the exhibits that the Court granted Plaintiffs' request to be filed under seal (Dkt. No. 75). Plaintiffs' counsel assented to this motion.

WHEREFORE, for the reasons set forth above, Defendants respectfully request that the Court grant this motion to allow Defendants to file under seal an unredacted version of their forthcoming opposition to Plaintiffs' Renewed Motion to Compel. Defendants will publicly file a redacted version of their opposition brief.

      Respectfully submitted,

      GRADIENT A.I. CORP., STANFORD A. SMITH, and SAMUEL CHASE PETTUS

      By their attorneys,

      */s/  Kevin C. Quigley*
      Paul D. Popeo (BBO No. 567727)
      Michael H. Bunis (BBO No. 566839)
      Sophie F. Wang (BBO No. 679642)
      Kevin C. Quigley (BBO No. 685015)
      CHOATE, HALL & STEWART LLP
      Two International Place
      Boston, MA  02110
      Tel.: (617) 248-5000
      Fax: (617) 248-4000
      *ppopeo@choate.com*
      *mbunis@choate.com*
      *swang@choate.com*
      *kquigley@choate.com*

Dated:  August 25, 2022