UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLIMAN, INC., MILLIMAN SOLUTIONS, LLC, and VIGILYTICS LLC,<br><br>  Plaintiffs,<br><br>vs.<br><br>GRADIENT A.I. CORP., STANFORD A. SMITH, and SAMUEL CHASE PETTUS,<br><br>  Defendants. | Civil Action No. 1:21-cv-10865-NMG |

**PLAINTIFFS' MOTION TO COMPEL
COMPLIANCE WITH AUTOMATIC PATENT DISCLOSURES**

Pursuant to Local Rule 16.6, Plaintiffs Milliman, Inc., Milliman Solutions, LLC (collectively, "Milliman"), and Vigilytics LLC ("Vigilytics," and together with Milliman, "Plaintiffs") respectfully move to compel Defendants Gradient A.I. Corp. ("Gradient"), Stanford A. Smith ("Smith"), and Samuel Chase Pettus ("Pettus," and, collectively with Gradient and Smith, "Defendants") to comply with the courts' automatic patent-related disclosures.

Plaintiffs file this Motion because Defendants have refused to comply with their obligations to produce Technical Documents sufficient to show "the composition, operation, construction, and performance of the accused components, elements, or functionality identified in the patentee's infringement claim charts" or to produce relevant Source Code. This Court should enforce the automatic patent-related disclosure requirements of Local Rule 16.6 and order Defendants to make a full and complete production. In support of this motion, Plaintiffs submit herewith a Memorandum in Support, and accompanying exhibits.

1

WHEREFORE, Plaintiffs respectfully request that the Court:

1. Order Defendants to produce Technical Documents "sufficient to show the composition, operation, construction, and performance of the accused components, elements, or functionality identified in the patentee's infringement claim charts."

2. Order Defendants to produce Source Code.

Dated: September 16, 2022

Respectfully submitted,

/s/ Christopher Centurelli
Christopher Centurelli (BBO #640974)
christopher.centurelli@klgates.com
John L. Gavin (BBO #705385)
john.gavin@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

and

Patrick J. McElhinny (*pro hac vice*)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen (*pro hac vice*)
mark.knedeisen@klgates.com
Anna Shabalov (*pro hac vice*)
anna.shabalov@klgates.com
K&L Gates LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Milliman, Inc. and Milliman Solutions, LLC*

and

Christopher Dillon (BBO #640896)
dillon@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

and

Noah C. Graubart (*pro hac vice*)
graubart@fr.com
Joseph R. Dorris (*pro hac vice*)
dorris@fr.com
Fish & Richardson P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

*Attorneys for Vigilytics LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher Centurelli*

**CERTIFICATE OF CONFERENCE**

I hereby certify that, prior to filing this motion, counsel for Plaintiffs Christopher Centurelli and Mark G. Knedeisen and counsel for Defendants Kevin Quigley attended a September 8, 2022 telephone conference and conferred pursuant to Local Rule 7.1, and exchanged emails regarding the same on September 1, 6, 8, 13, 14, 15, and 16, 2022 in a good-faith attempt to resolve the matters contained in this motion.

*/s/ Christopher Centurelli*