# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLIMAN, INC., MILLIMAN SOLUTIONS, LLC, and VIGILYTICS LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> GRADIENT A.I. CORP., STANFORD A. SMITH, and SAMUEL CHASE PETTUS, <br><br> Defendants. | Civil Action No. 1:21-cv-10865-NMG |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 7.2, Plaintiffs Milliman, Inc., Milliman Solutions, LLC (collectively, "Milliman"), and Vigilytics LLC ("Vigilytics," and together with Milliman, "Plaintiffs") by and through undersigned counsel, hereby move for leave to file under seal certain material concerning their forthcoming Memorandum in Support of Their Motion to Compel Compliance With The Court's Automatic Patent Disclosures, and certain exhibits attached thereto. Plaintiffs will publicly file a redacted version of this Memorandum and of Exhibit A.

As grounds for this motion, Plaintiffs submit that Defendants have marked certain information contained in the Memorandum and accompanying exhibits as confidential and not publicly known. Exhibit A contains information that Defendants contend is confidential and not publicly known; specifically, it contains excerpts from Defendants' documents that are marked "CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the Protective Order enter in this case. A redacted version of this exhibit will be publicly filed. Exhibits B–G are documents that Defendants produced to Plaintiffs marked "CONFIDENTIAL ATTORNEYS' EYES ONLY" pursuant to the Protective Order entered in this case, and will be filed under seal:

1

GRADIENT00000647 (Exhibit B), GRADIENT00000649 (Exhibit C), GRADIENT00000650 (Exhibit D), GRADIENT00000651 (Exhibit E), GRADIENT00000652 (Exhibit F), GRADIENT00000667 (Exhibit G).

Plaintiffs submit the material should be filed under seal, and should remain under seal until returned to Milliman or further order of the Court.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that the Court grant this motion to allow Plaintiffs' Memorandum in Support of Their Motion to Compel Compliance With The Court's Automatic Patent Disclosures, and the above-identified exhibits attached thereto, to be filed under seal and remain sealed until further order of the Court.

Dated: September 16, 2022

Respectfully submitted,

*/s/ Christopher Centurelli*
Christopher Centurelli (BBO #640974)
christopher.centurelli@klgates.com
John L. Gavin (BBO #705385)
john.gavin@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

and

Patrick J. McElhinny (*pro hac vice*)
patrick.mcelhinny@klgates.com
Mark G. Knedeisen (*pro hac vice*)
mark.knedeisen@klgates.com
Anna Shabalov (*pro hac vice*)
anna.shabalov@klgates.com
K&L Gates LLP

K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 355-6500
Facsimile: (412) 355-6501

*Attorneys for Milliman, Inc. and Milliman Solutions, LLC*

and

Christopher Dillon (BBO #640896)
dillon@fr.com
Fish & Richardson P.C.
One Marina Park Drive
Boston, MA 02210
Telephone: (617) 542-5070

and

Noah C. Graubart (*pro hac vice*)
graubart@fr.com
Joseph R. Dorris (*pro hac vice*)
dorris@fr.com
Fish & Richardson P.C.
1180 Peachtree Street NE
21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005

*Attorneys for Vigilytics LLC*

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Christopher Centurelli*

## CERTIFICATE OF CONFERENCE

I hereby certify that, prior to filing this motion, counsel for the parties conferred via email on September 16, 2022 in a good-faith attempt to resolve the matters contained in this motion. Counsel for Defendants stated that they assent to Plaintiffs' request to file these materials under seal.

*/s/ Christopher Centurelli*